**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Tallius Jerrod HARRELL, Defendant–Appellant.**

**No. 08–15220**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Feb. 20, 2009.

Chantel R. Doakes, Federal Public Defender, FT Lauderdale, FL, Kathleen M. Williams, Federal Public Defender, Miami, FL, for Defendant–Appellant.

Dawn Bowen, Miami, FL, Anne R. Schultz, Kathleen M. Salyer, U.S. Attorney's Office, Lisette M. Reid, U.S. Attorney's Office, S.D. Florida, Miami, FL, for Plaintiff–Appellee.

Before CARNES, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Tallius Harrell appeals his sentence of 180 months of imprisonment for possession of a firearm and ammunition by a convicted felon. 18 U.S.C. §§ 922(g)(1), 924(e). Harrell argues, for the first time on appeal, that the district court violated the Fifth and Sixth Amendment when it sentenced him based on convictions that were not listed in his indictment. Harrell concedes that his argument is foreclosed by the decision of the Supreme Court in *Almendarez–Torres v. United States*, 523 U.S. 224, 228, 118 S.Ct. 1219, 1223–26, 140 L.Ed.2d 350 (1998). The district court did not plainly err when it sentenced Harrell.

Harrell's sentence is **AFFIRMED.**